■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AURETHA PERRIN, Appellant.

Appeal dismissed *(see, People v Lester,* 137 AD2d 871; *People v Harvey,* 124 AD2d 943, 944, *lv denied* 69 NY2d 746). Casey, J. P., Mikoll, Levine, Harvey and Mercure, JJ., concur.